UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CARLOS MENDOZA ESQUIVEL,<br><br>                 Petitioner,<br>   v.<br><br>PAMELA BONDI,<br><br>                 Respondent. | CASE NO. 2:25-cv-02745-DGE<br><br>ORDER TO SHOW CAUSE REGARDING PROPER RESPONDENT |

On December 1, 2020, Petitioner filed a petition for review with the Ninth Circuit regarding his denial of Convention Against Torture relief. (Dkt. No. 1 at 7.) The matter was administratively closed on August 5, 2021. (*Id*.) The matter was reopened on September 20, 2024. (*Id*.) On August 13, 2025, while his petition for review was pending, Petitioner was arrested and taken into Immigration and Custom Enforcement custody. (*Id.* at 8.) Petitioner subsequently filed a motion for stay of removal with the Ninth Circuit, which remains pending. (*Id.* at 8.) On December 12, 2025, Petitioner filed an "Emergency Motion for Interim Release or, In the Alternative, For Transfer to the United States District Court for the Western District of

ORDER TO SHOW CAUSE REGARDING PROPER RESPONDENT - 1

Washington" in the Ninth Circuit. (Dkt. No. 1 at 1, 22.) On December 29, 2025, the Ninth Circuit construed Petitioner's filing as a petition for habeas corpus under 28 U.S.C. § 2241 and transferred the matter to this Court. (Dkt. No. 1-1.)

Individuals seeking habeas relief must name their current custodian as respondent. *See Rumsfeld v. Padilla*, 542 U.S. 426, 439 (2004); *Doe v. Garland*, 109 F.4th 1188, 1196–1197 (9th Cir. 2024); *see also Rivera-Trigueros v. Becerra*, 720 F. Supp. 3d 808, 811–813 (N.D. Cal. 2024). The Court also is not accustomed to seeing only one named respondent. The "petition" as currently drafted names only Attorney General Pam Bondi as a respondent and the Attorney General is not his current custodian. (*See* Dkt. No. 1.) Accordingly, the Court does not believe the petition in its current form can be reviewed at present time.

The Court ORDERS Petitioner to show cause why his current petition should not be dismissed without prejudice for failing to name proper respondent(s) or, in the alternative, grants Petitioner leave to amend his petition to name and serve the proper respondent(s). The Court will not take any further action on Petitioner's petition for writ of habeas corpus until either a response to this Order is filed or a properly amended petition is filed and served on the proper respondent(s).

The Court will provide Petitioner until **January 19, 2026** to respond to this Order, though Petitioner can certainly respond sooner. If no response is received by such date, the Court will dismiss the petition without prejudice.

The Clerk is directed to calendar this event.

ORDER TO SHOW CAUSE REGARDING PROPER RESPONDENT - 2

Dated this 31st day of December, 2025.

David G. Estudillo
United States District Judge

ORDER TO SHOW CAUSE REGARDING PROPER RESPONDENT - 3